[No. 71965-3-I. Division One. July 28, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. KANE BOYLE, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 12-1-00416-0, Steven B. Dixon, J., entered January 18, 2013. *Affirmed* by unpublished opinion per Leach, J., concurred in by Spearman, C.J., and Dwyer, J. Now published at 183 Wn. App. 1.

[No. 71968-8-I. Division One. July 28, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN ROGER SHERMAN SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 12-1-03176-4, Linda CJ Lee, J., entered February 28, 2013. *Affirmed* by unpublished opinion per Becker, J., concurred in by Verellen, A.C.J., and Appelwick, J.

[No. 71969-6-I. Division One. July 28, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. ROLAND K. DOUGLAS, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 09-1-00177-4, Amber L. Finlay, J., entered April 15, 2013. *Affirmed* by unpublished opinion per Becker, J., concurred in by Verellen, A.C.J., and Appelwick, J.

[No. 72030-9-I. Division One. July 28, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFERY ANTONIO WILLIS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 11-1-04302-1, Frederick W. Fleming, J., entered May 4, 2012. *Affirmed* by unpublished opinion per Trickey, J., concurred in by Schindler and Lau, JJ.